# Order

Michigan Supreme Court
Lansing, Michigan

May 29, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158731

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 158731
COA: 344889
Wayne CC: 76-003215-FY

ROY FINLEY FAULKNER,
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the October 18, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE in part the March 22, 2018 order of the Wayne Circuit Court. Contrary to the trial court's findings, the motion for relief from judgment is based in part on affidavits that were not previously presented to the trial court. Therefore, we REMAND this case to the trial court for reconsideration of the defendant's September 18, 2017 motion for relief from judgment as it relates to the affidavits. In all other respects, leave to appeal is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

      We do not retain jurisdiction.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2019



d0522

Clerk